684 A.2d 553

Barbara MORGAN and Joseph Morgan,
her husband, Petitioners,

v.

John A. MacPHAIL, M.D., Respondent.

Supreme Court of Pennsylvania.

Nov. 26, 1996.

## ORDER

PER CURIAM:

AND NOW, this 26th day of November, 1996, the Petition for Allowance of Appeal is hereby GRANTED but LIMITED to the following issue:

Whether the doctrine of informed consent is applicable to the intravenous administration of a drug when the claim is that the harm in question was caused by the method and location of the injection?

It is further ordered that this case is consolidated with 59 E.D. Appeal Docket 1996.